```
               IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF KANSAS
```

**MATTHEW R. THOMAS,**

                      **Petitioner,**

          v.                                 CASE NO. 22-3046-SAC

**(FNU) SKIDMORE,**

                      **Respondent.**

## MEMORANDUM AND ORDER

This matter comes before the Court on Petitioner's motion to dismiss (Doc. 9). The Court has reviewed the motion and finds dismissal is proper under Fed. R. Civ. P. 41(a).

**IT IS THEREFORE ORDERED** that Petitioner's motion to dismiss (Doc. 9) is **granted**. This action is dismissed without prejudice under Fed. R. Civ. P. 41(a). Copies of this order shall be transmitted to Petitioner and to the Clerk of the U.S. Court of Appeals for the Tenth Circuit.

**IT IS SO ORDERED.**

DATED: This 28th day of March, 2022, at Topeka, Kansas.

                                              S/ Sam A. Crow

                                              SAM A. CROW
                                              U.S. Senior District Judge